■ ALAN M. CASS et al., Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, Respondent, et al., Defendant. [844 NYS2d 865]—Appeal from an order, Supreme Court, New York County (Walter B. Tolub, J.), entered November 8,

2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Sullivan, Gonzalez and McGuire, JJ. [*See* 13 Misc 3d 1238(A), 2006 NY Slip Op 52169(U).]